**STATE v. STITH**

[369 N.C. 516 (2017)]

STATE OF NORTH CAROLINA
v.
MORRIS LEAVETT STITH

No. 173A16

Filed 17 March 2017

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 787 S.E.2d 40 (2016), finding no error after appeal from a judgment entered on 24 September 2014 by Judge Claire V. Hill in Superior Court, Johnston County. Heard in the Supreme Court on 15 February 2017.

*Joshua H. Stein, Attorney General, by Charles G. Whitehead, Special Deputy Attorney General, for the State.*

*Kimberly P. Hoppin for defendant-appellant.*

PER CURIAM.

AFFIRMED.